08-CR-05815-ORD

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5815 |
| Plaintiff, | |
| vs. | FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED |
| JORDAN D. BROWN, | |
| Defendant. | |
| | (Clerk's Action Required) |

THIS MATTER, coming on for hearing this 14th day of September, 2009 upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his attorney, Phillip J. French, the United States of America being represented by _Lt. Anderson_, _____, the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Action Counseling, and the files and records herein, being fully advised in the premises, does now make the following:

## I. FINDINGS OF FACT

Law Offices Of P. J. French
5114 Pt. Fosdick Dr. N.W. #E
PMB 311
Gig Harbor, Washington 98335
(253) 858-1712

A. On or about the 11th day of July, 2008, Petitioner was charged with the offense charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependency problems;

B. Petitioner suffers from an alcohol problem and is in need of treatment;

C. The probability of similar misconduct in the future is great if the problem is not treated;

D. Petitioner is amenable to treatment;

E. An effective rehabilitative treatment plan is available to Petitioner through the United States Navy Substance Abuse Rehabilitation Program, an approved treatment facility as designated by the laws of the State of Washington, and Petitioner agrees to be liable for all costs of this treatment program;

F. That Petitioner agrees to comply with the terms and conditions of the program offered by the treatment facility as set forth in the diagnostic evaluation from Action Counseling, attached to Statement of Petitioner filed herewith, and that Petitioner agrees to be liable for all costs of this treatment program;

G. That Petitioner has knowingly and voluntarily stipulated to the admissibility and sufficiency of the facts as contained in the written police report attached to Statement of Petitioner filed herewith.

H. That Petitioner has acknowledged the admissibility of the stipulated facts in any criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of this Order Granting Deferred Prosecution and that these reports will be used to support a finding of guilt;

Law Offices Of P. J. French
5114 Pt. Fosdick Dr. N.W. #E
PMB 311
Gig Harbor, Washington 98335
(253) 858-1712

From the foregoing FINDINGS OF FACT, the Court draws the following :

## II. CONCLUSIONS OF LAW

A. That the above-entitled Court has jurisdiction over the subject matter and Petitioner Jordan D. Brown, in this case.

B. That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C. That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D. That Petitioner is eligible for deferred prosecution.

## III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A. Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

B. Petitioner shall enroll in and successfully complete the two-year treatment program recommended by Action Counseling according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated by reference. Petitioner may enroll in the United States Navy Substance Abuse Rehabilitation Program, so long

as the specific program conforms with the terms and conditions of the plan outlined in the diagnostic evaluation attached to the Petition herein. Petitioner shall not change treatment agencies without prior Probation approval;

C. The treatment facility, United States Navy Substance Abuse Rehabilitation Program, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

D. Petitioner shall notify U.S. Probation within 72 hours of any residence change;

E. Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F. Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G. Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of deferral;

H. Petitioner shall notify U.S. Probation within 72 hours of being arrested questioned, or cited by Law Enforcement;

I. In the event that Petitioner fails or neglects to carry out and fulfill any term or condition of his treatment plan or violates any provision of this Order or any rule or regulation of his probation officer, upon receiving notice, the Court shall hold a

hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offense charged;

J. In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or innocence determined by the Court;

K. That the statement of Petitioner for Deferred Prosecution shall remain sealed, and all subsequent reports or documents relating to his treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

L. That the Department of Licensing be notified of this Order accepting Petitioner for deferred prosecution;

M. Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner.

N. Additional conditions: _____

_____

_____

DONE IN OPEN COURT this __14th__ day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Law Offices Of P. J. French
5114 Pt. Fosdick Dr. N.W. #E
PMB 311
Gig Harbor, Washington 98335
(253) 858-1712

Presented by:

*[signature]*

PHILLIP J. FRENCH
WSBA NO. 11030
Attorney for Petitioner

    I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand the contents, and agree to abide by the terms and conditions set forth herein.

Dated: 9/14/09

*[signature]*
Jordan D. Brown
Petitioner

    I certify that a copy of this signed Order was mailed to the subject treatment facility, on September 22, 2009. The United States Probation Office was also furnished a copy of this Order.

*[signature]*
Clerk

Law Offices Of P. J. French
5114 Pt. Fosdick Dr. N.W. #E
PMB 311
Gig Harbor, Washington 98335
(253) 858-1712